CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ARTHUR S. GAUS (SBN: 289560)
agaus@burnhambrown.com
BURNHAM BROWN
A Professional Corporation
P.O. Box
Oakland, California 94604
--------------------------------
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Attorneys for Defendants
William B. Thomas and Beverly A. Thomas

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 4:18-CV-00708-JSW |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| WILLIAM B. THOMAS; BEVERLY A. THOMAS; and Does 1-10, | |
| Defendants. | |

1

**STIPULATION**

     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; subject to either party reopening the action if settlement is not consummated within 60 days upon good cause shown from the filing date of this Dismissal.

Dated: March 18, 2020        CENTER FOR DISABILITY ACCESS

                           By: /s/ Amanda Lockhart Seabock
                              Amanda Lockhart Seabock
                              Attorneys for Plaintiff

Dated: March 18, 2020        BURNHAM BROWN

                           By: /s/ Arthur S. Gaus
                              Arthur S. Gaus
                              Attorneys for Defendants
                              William B. Thomas and Beverly A. Thomas

Dated: March 19, 2020

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joint Stipulation for Dismissal        Case: 4:18-CV-00708-JSW

1

**<u>SIGNATURE CERTIFICATION</u>**

2

3   I hereby certify that the content of this document is acceptable to Arthur S.

4   Gaus, counsel for William B. Thomas and Beverly A. Thomas, and that I have

5   obtained Mr. Gaus's authorization to affix his electronic signature to this

6   document.

7

8   Dated: March 18, 2020          CENTER FOR DISABILITY ACCESS

9

10                                 By: <u>/s/ Amanda Lockhart Seabock</u>
                                        Amanda Lockhart Seabock
11                                      Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                Case: 4:18-CV-00708-JSW